**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-CV-01756-RPM-KLM

WINGMAN HOLDING, INC,
a Colorado Corporation

        Plaintiff,

v.

GFY ASSOCIATES, LLC
D/B/A THE WING MAN
a New Jersey Limited Liability Company,

        Defendant.

_____

**ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE CAPTION**
_____

THIS MATTER, coming before the Court on Plaintiff's Motion to Change Caption, and the Court having reviewed the file and being fully advised in the premises;

IT IS HEREBY ordered that Plaintiff's Motion to Change Caption is GRANTED, and the caption in this matter shall be changed so that the caption is hereinafter in the form of this Order.

DATED October 30th, 2007.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        District Court Judge