# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

_____

| | |
|---|---|
| **Civil Action No.: 07-cv-01756-RPM-KLM** | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** February 5, 2008 | Courtroom Deputy: Bernique Abiakam |

_____

WINGMAN HOLDING INC.,
a Colorado Corporation,                                    Scott C. Sandberg
                                                           Jessica E. Yates

    **Plaintiff,**

v.

GFY ASSOCIATES, LLC
d/b/a THE WING MAN,
a New Jersey LLC,                                          No appearance

    **Defendant.**

_____

## COURTROOM   MINUTES  /  MINUTE  ORDER
_____

**HEARING:  MOTIONS  HEARING**
**Court in Session:       9:41 a.m.**
Court calls case.   Appearances of Plaintiff's counsel.  No appearance by Defendant's counsel.

Preliminary remarks by the Court.

Counsel inform the Court that today's argument and testimony will only consist of elements of the Permanent Injunction.

9:43 a.m.      Argument by Ms. Yates.  Questions by the Court.

9:53 a.m.      Plaintiff's witness, Karl Kigerl, called and sworn.

9:54 a.m.      Direct examination begins by Ms. Yates.

10:04 a.m.     Conclusions and rulings by the Court.

*07-cv-01756-RPM-KLM*
*Evidentiary Hearing*
*February 5, 2008*

**It is ORDERED:**     The Court will issue a written recommendation recommending that Plaintiff's Motion For Default Judgment (Filed 12/12/07; Doc. No. 9) be GRANTED with respect to the Permanent Injunction.

**It is ORDERED:**     Counsel shall submit a proposed form of Order with respect to the terms of the Permanent Injunction, and affidavits with respect to attorneys fees, on or before February 12, 2008.

HEARING CONCLUDED.
**Court in recess:**     10:05 a.m.
Time In Court:   00:29