IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01756-RPM

WINGMAN HOLDING, INC.,
a Colorado Corporation,

        Plaintiff,

v.

GFY ASSOCIATES, LLC
D/B/A THE WING MAN
a New Jersey Limited Liability Company,

        Defendant.

_____

## ORDER OF DISMISSAL
_____

Upon review of the plaintiff's response of April 2, 2008, to this Court's Order to Show Cause of March 20, 2008, the plaintiff has failed to show an adequate basis for the exercise of personal jurisdiction over the defendant in this jurisdiction. Accordingly, it is

ORDERED that this civil action is dismissed without prejudice.

DATED: April 3rd, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge